# UNITED STATES DISTRICT COURT
## District of Minnesota

George D.,

                     Plaintiff,

v.

NCS Pearson, Inc., Pearson Education, Inc.

                     Defendants.

                     Intervenor Plaintiff

Kylie S

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-02814-JRT-KMM

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Defendants' Motion to Dismiss for Lack of Standing [Docket No. 17] is **GRANTED**.

2.  Plaintiff's Amended Complaint [Docket No. 12] is **DISMISSED** without prejudice.

3.  Intervenor Plaintiff's Motion to Intervene [Docket No. 41] is **DENIED** as moot.

Date: 7/7/2020

                     KATE M. FOGARTY, CLERK

                     s/M. Brigan
                     (By)  M. Brigan, Deputy Clerk